IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:14-cv-04196-NKL |
| GERALD MCPEEK, et al., | ) |
| Defendants. | ) |

**ORDER**

On December 1, 2014, the Court ordered that Plaintiff sell the property associated with the underlying action. To date, $105,000 has been received by the U.S. District Court in conjunction with the lawsuit. This money has been deposited with the U.S. Treasury and is currently not earning any interest.

IT IS NOW ORDERED that the Clerk of Court deposit the above-referenced $105,000, along with any future money received by the Court in conjunction with this case, in an interest bearing account, pending further order of the Court.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: August 13, 2015
Jefferson City, Missouri

1